**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00509-CV

### BESSIE L. REDDICK, Appellant

### V.

### CNMK TEXAS PROPERTIES, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02402**

## ORDER

Before the Court is appellant's motion for leave to proceed in forma pauperis. The record before us and the trial court's online docket sheet reflect appellant filed an affidavit of inability to pay costs on May 14, 2014. The record and online docket sheet further reflect that the affidavit was not contested within the time frame provided in rule of appellate procedure 20.1(e). *See* TEX. R. APP. P. 20.1(e). Accordingly, the affidavit's allegations are deemed true, and appellant is allowed to proceed without advancement payment of costs. *See id.* 20.1(f). Because the allegations in the affidavit are deemed true, appellant's motion is unnecessary and is **DENIED** as moot. As the clerk's record has been filed, we **ORDER** Diane Robert, Official Court Reporter of the 14th Judicial District Court of Dallas County, to file no later than June 9, 2014, either (1) the reporter's record or (2) written verification no record exists or was requested.

We **DIRECT** the Clerk of the Court to send a copy of this order to all parties and Ms. Robert.

/s/     ELIZABETH LANG-MIERS
        JUSTICE